UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VON THANH,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, et al.,<br><br>Respondents. | No.  1:25-cv-01871-DAD-DMC (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION FOR FAILURE TO PROSECUTE<br><br>(Doc. No. 6) |

Petitioner Von Thanh is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 18, 2026, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to petitioner's failure to prosecute.  (Doc. No. 6.) Specifically, on December 19, 2025 the assigned magistrate judge had dismissed petitioner's petition for writ of habeas corpus (Doc. No. 1) with leave to amend within thirty days of the date of entry of that order.  (Doc. No. 4.)  Petitioner has not filed a first amended petition in this action. The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (Doc. No. 6 at 2.)  To date, petitioner has not filed any objections and the time in which to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

For the reasons above.

1.    The findings and recommendations issued on March 18, 2026 (Doc. No. 6) are ADOPTED IN FULL;

2.    This action is DISMISSED without prejudice due to petitioner's failure to prosecute;

3.    This dismissal is without prejudice and shall not operate as an adjudication on the merits pursuant to Federal Rule of Civil Procedure 41(b); and

4.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **April 8, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2